[No. 70025-1-I.   Division One.   March 17, 2014.]

*In the Matter of the Parentage of* D.M.

KEVIN SUVER, *Appellant*, v. REBECCA MALLOY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-5-00892-7, Jean A. Rietschel, J., entered January 10, 2013. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[No. 70259-9-I.   Division One.   March 17, 2014.]

*In the Matter of the Marriage of* TRINA A. WHERRY, *Respondent*, and DAVID B. RATNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-03726-3, Laura C. Inveen, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.

[No. 70899-6-I.   Division One.   March 17, 2014.]

*In the Matter of the Parentage of* D.C.A.

HEIDI JENSEN, *Respondent*, v. NICHOLAS J. ALLIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-5-00086-7, Ruth Spalter, J. Pro Tem., entered July 1, 2013. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[No. 30764-6-III.   Division Three.   March 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. SWINFORD, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated June 3, 2014. Substitute opinion filed. See 181 Wn. App. 1020.